UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OHIO
CASE MANAGEMENT CONFERENCE
MINUTE SHEET

DCM FORM NO. 7
1/1/92

CASE MANAGEMENT CONFERENCE HELD BEFORE **JUDGE DONALD C. NUGENT** ON **NOVEMBER 22, 2019**
JUDICIAL OFFICER

Terves LLC.,
    Plaintiff(s),
v.

Kohl's Yueyang Aerospace New Materials Co. Ltd., et al.
    Defendant(s).

CASE NO. **1:19 CV 1611**

**JUDGE: DONALD C. NUGENT**

DO YOU CONSENT TO THE JURISDICTION OF A MAGISTRATE JUDGE?   YES ☐   NO ☒

TRACK DESIGNATION:
Administrative ☐   Expedited ☐   Standard ☒   Complex ☐   Mass Torts ☐

CASE REFERRED TO ALTERNATIVE DISPUTE RESOLUTION: YES ☐ NO ☐
IF YES, BY WHICH ADR PROCESSES:

Early Neutral Evaluation ☐   Mediation ☐   Arbitration ☐   Summary Jury Trial ☐   Summary Bench Trial ☐

ADR PROCESS TO BE COMPLETED BY: _____

DISCOVERY TYPE AND EXTENT: Substantial + Court's Patent rules to Apply to schedule attached as Appendix A in Planning Report.

DISCOVERY CUT OFF DATE: 7/1/20

MOTIONS CUT OFF DATE: TBD

CASE STATUS HEARING SCHEDULED FOR: 2/28/20 @ 9:30AM

NOTES: CMC held w/ all counsel present. Planning rpt. filed. Patent infringement claim. Patent for formulation of Plug used in fracking.

Length of Proceeding: 30 min

_Donald C. Nugent_ 11/22/19
DISTRICT JUDGE