# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| Terves LLC, ) | |
| ) | Case No. 1:19-cv-1611-DCN |
| Plaintiff, ) | |
| ) | Judge Donald C. Nugent |
| vs. ) | |
| ) | |
| Yueyang Aerospace New Materials Co. Ltd. ) | **Terves' Motion for** |
| et al., ) | **Preliminary Injunction** |
| ) | |
| Defendants. ) | |

In accordance with Federal Rule of Civil Procedure 65 and 35 U.S.C. § 283 of the Patent Act, plaintiff Terves LLC moves for a preliminary injunction enjoining Ecometal Inc., Ecometal's officers, agents, servants, employees, and attorneys, and all those in active concert or participation with any of those persons from making, using, selling, offering for sale, or importing in the U.S. any product or material that infringes any of the claims of U.S. Patent No. 10,329,653, including (without limitation) the item numbers identified as "Infringing Grades" in the attached memorandum in support.[1]

The reasons for granting this motion are more fully explained in the attached memorandum in support, which is incorporated here by reference.

---

[1] Although Terves questions how Ecometal's item numbers for different grades of material could be highly-sensitive or trade secret information, Ecometal asserts that they are by marking them "Attorneys' Eyes Only" under the Protective Order (ECF #21). Terves, therefore, does not identify those item numbers here to avoid filing this motion under seal.

{8811179:2 }

|  |  |
|---|---|
| Dated:  April 29, 2020 | Respectfully submitted,<br><br>  s/ Matthew J. Cavanagh<br>David B. Cupar (OH 0071622)<br>Matthew J. Cavanagh (OH 0079522)<br>MCDONALD HOPKINS LLC<br>600 Superior Avenue, East, Ste. 2100<br>Cleveland, Ohio 44114<br>t 216.348.5400 │ f 216.348.5474<br>dcupar@mcdonaldhopkins.com<br>mcavanagh@mcdonaldhopkins.com<br><br>*Counsel for Terves LLC* |