UNITED STATES DISTRICT COURT
NORTHER DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Terves LLC, | ) |
|         Plaintiff, | ) Case No. <u>1:19-cv-1611</u> |
| vs. | ) JUDGE DONALD C. NUGENT |
| Yueyang Aerospace New Materials Co., Ltd., | ) |
|    and | ) |
| Ecometal Inc., | ) |
|    and | ) |
| Nick Yuan, | ) |
|         Defendants. | ) |

## AMENDED SCHEDULING ORDER

Having considered the Parties' Joint Motion for Extension of Remaining Claim Construction Deadlines and Time for the Ecometal Defendants to Respond to Terves' Motion for Preliminary Injunction [Dkt. No. ___], the Court finds that the existing deadlines should be extended as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Ecometal and Mr. Yuan's Response to Terves's Motion for Preliminary Injunction | June 1, 2020 | July 2, 2020 |
| Terves's Reply in Support of Motion for Preliminary Injunction | June 15, 2020 | TBD (two weeks following Terves' completion of PI-related discovery) |
| Hearing on Terves's Motion for Preliminary Injunction | TBD | TBD |
| | | |
| Contemporaneous Opening Claim Construction Briefs | June 7, 2020 | June 25, 2020 |
| Contemporaneous Responsive Claim | July 6, 2020 | August 5, 2020 |

| | | |
|---|---|---|
| Construction Briefs | | |
| Joint Claim Construction and Prehearing Statement | July 13, 2020 | August 10, 2020 |
| Claim Construction Hearing | TBD | TBD |
| Final Infringement Contentions | 15 days after Court's Ruling on Claim Construction | 15 days after Court's Ruling on Claim Construction |
| Final Noninfringement, Invalidity and Unenforceability Contentions | 30 days after Court's Ruling on Claim Construction | 30 days after Court's Ruling on Claim Construction |
| Final Validity and Enforceability Contentions | 45 days after Court's Ruling on Claim Construction | 45 days after Court's Ruling on Claim Construction |
| Close of Fact Discovery | 30 days after Court's Ruling on Claim Construction | 30 days after Court's Ruling on Claim Construction |
| Initial Expert Disclosures | 60 days after Court's Ruling on Claim Construction | 60 days after Court's Ruling on Claim Construction |
| Rebuttal Expert Disclosures | 30 days after Initial Expert Disclosures | 30 days after Initial Expert Disclosures |
| Close of Expert Discovery | TBD | TBD |

**IT IS SO ORDERED.**

Dated this __3RD__ day of __JUNE__, 2020.

_____
DONALD C. NUGENT
UNITED STATES DISTRICT JUDGE