*FILED UNDER SEAL – PURSUANT TO COURT ORDER*

# **EXHIBIT 1 – FILED UNDER SEAL**

*FILED UNDER SEAL – PURSUANT TO COURT ORDER*