*FILED UNDER SEAL – PURSUANT TO COURT ORDER*

# EXHIBIT 21 – FILED UNDER SEAL

*FILED UNDER SEAL – PURSUANT TO COURT ORDER*