UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Terves LLC, | ) |
| Plaintiff, | ) Case No. **1:19-cv-1611** |
| | ) |
| vs. | ) JUDGE DONALD C. NUGENT |
| | ) |
| Yueyang Aerospace New Materials Co., Ltd., | ) |
| and | ) |
| Ecometal Inc., | ) |
| and | ) |
| Nick Yuan, | ) |
| Defendants. | ) |

*[Handwritten note: 10/2/20 — To avoid any confusion, Def may file supplemental brief on or before 10/15/20 and may also take a limited supplemental deposition of Dr. Swanger. /s/ Donald C. Nugent]*

## DEFENDANTS ECOMETAL, INC. AND NICK YUAN'S REQUEST FOR CLARIFICATION ON PRELIMINARY INJUNCTION PROCEEDINGS AND BRIEFING ON SUPPLEMENT

Pursuant to the status conference conducted on October 1, 2020, Defendants Ecometal, Inc. and Nick Yuan (collectively "Ecometal"), request clarification on the preliminary injunction proceeding and briefing schedule on Plaintiff's supplement to their motion for preliminary injunction.

Terves filed a motion for preliminary injunction on April 30 [Dkt. No. 29], and filed a corrected version thereof on May 1, 2020 [Dkt. No. 30]. Although Terves's original complaint alleged infringement of U.S. Patent Nos. 9,903.010 and 10,329,653, its PI Motion was solely based on Ecometal's alleged infringement of 10 claims (2 independent and 8 dependent claims) of the '653 Patent. As the disputed claim terms contained in the claims asserted in the original PI Motion from the '653 patent were already the subject of the parties' claim construction briefing due to be

1