IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Terves LLC, ) | |
| ) | Case No. 1:19-cv-1611-DCN |
| Plaintiff, ) | |
| ) | Judge Donald C. Nugent |
| vs. ) | |
| ) | **Terves' Notice that the USPTO** |
| Yueyang Aerospace New Materials Co. Ltd. ) | **denied both IPR petitions filed** |
| et al., ) | **by Ecometal Inc.** |
| ) | |
| Defendants. ) | |

Terves LLC hereby notifies the Court that on March 1, 2021, the United States Patent & Trademark Office's Patent Trial and Appeal Board (the "PTAB") denied the two petitions for inter partes review ("IPR") filed by defendant Ecometal Inc. against two of the Terves' patents asserted in this case: U.S. Patent Nos. 10,329,653 and 9,903,010.

The PTAB ruled, in both instances, that Ecometal's petitions were time barred by 35 U.S.C. § 315(b) because they were both filed more than one year after Ecometal was served with the complaint. The PTAB rulings are attached as Exhibits A and B.

Respectfully submitted,

Dated:  March 9, 2021

  s/ Matthew J. Cavanagh
David B. Cupar (OH 0071622)
Matthew J. Cavanagh (OH 0079522)
MCDONALD HOPKINS LLC
600 Superior Avenue, East, Ste. 2100
Cleveland, Ohio 44114
t 216.348.5400 | f 216.348.5474
dcupar@mcdonaldhopkins.com
mcavanagh@mcdonaldhopkins.com

*Counsel for Terves LLC*