UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| Terves LLC, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. 1:19-cv-1611-DCN |
| | ) | |
| | ) | Judge Donald C. Nugent |
| v. | ) | |
| | ) | |
| Yueyang Aerospace New Materials Co. Ltd. et al., | ) | |
| | ) | |
| Defendants. | ) | |

### [Proposed] Amended Scheduling Order

Having considered the Parties' Joint Motion for Extension of Remaining Deadlines, the Court rules that the existing deadlines are extended as follows:

| *Event* | *Current Deadline* | *New Deadline* |
|---|---|---|
| Final Infringement Contentions | April 13, 2021 | June 14, 2021 |
| Status Conference per Local Patent Rule 4.7 | April 28, 2021 | June 28, 2021 |
| Final Noninfringement, Invalidity, and Unenforceability Contentions | April 28, 2021 | June 28, 2021 |
| Final Validity and Enforceability Contentions | May 13, 2021 | July 12, 2021 |
| Close of Fact Discovery | April 28, 2021 | June 28, 2021 |
| Initial Expert Disclosures | May 28, 2021 | July 27, 2021 |
| Rebuttal Expert Disclosures | June 28, 2021 | August 27, 2021 |
| Close of Expert Discovery | August 9, 2021 | October 8, 2021 |
| Final Dispositive Motions | August 19, 2021 | October 18, 2021 |

**IT IS SO ORDERED.**

Dated this ___ day of _____, 2021.

_____
Honorable Judge Donald C. Nugent
United States District Judge