IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **TERVES LLC**, <br><br> Plaintiff <br><br> vs. <br><br> **YUEYANG AEROSPACE NEW MATERIALS CO., LTD., et al**. <br><br> Defendants. | Case No. 1:19-cv-1611 <br><br> JUDGE DONALD C. NUGENT |

**NOTICE TO THE COURT**

On July 6, 2021, a request was filed with the United States Patent and Trademark Office ("USPTO") to open a reexamination of U.S. Pat. 10,329,653 based on prior art not properly examined by the USPTO. On the same day, Ecometal Inc. and Nick Yuan (collectively, the "Defendants") filed a Motion to Motion to Stay Pending Patent Reexamination [Doc. 100]. Plaintiff Terves filed their opposition to this motion on July 20, 2021 [Doc. 108] arguing *inter alia* that the Defendants' motion was premature "[b]ecause the USPTO has not yet decided whether to reexamine U.S. Patent No. 10,329,653 (the "'653 patent"), …." *Id*. at 1.

The Defendants hereby provide notice to the Court that the USPTO <u>has granted</u> the reexamination request and ordered that the reexamination proceed. *See* Ex. 1 – Order Granting Request For Ex Parle Reexamination. The USPTO "agreed that consideration Xiao raises a SNQ [Significant New Question] as to claims 1-5, 7, 9, 11, 12–16, 18–21, 23–24, 29-32, 37-50, 52-54, 56-62, 64, 66, 67, 69–73 of the '653 Patent. Ex. 1 at 8.

1

| | |
|---|---|
| Dated: Aug. 6, 2021 | Respectfully submitted, |
| | /s/Martin S. High |
| | Martin S. High, SC Bar #102735; OK Bar #20725, TX Bar # 24108819 |
| | Martin S. High, P.C. |
| | PO Box 33190 |
| | Clemson SC 29733-3190 |
| | Phone: 864.300.2444 |
| | Fax: 866.232.1096 |
| | Email: marty@martyhigh.com |
| | ***ADMITTED PRO HAC VICE*** |
| | |
| | Edward L. White, Trial Counsel, OK Bar # 16549 |
| | Edward L. White, P.C. |
| | 829 E. 33rd St. |
| | Edmond, OK 73013 |
| | Telephone: 405.810.8188 |
| | Facsimile: 405.608.0971 |
| | Email: ed@edwhitelaw.com |
| | ***ADMITTED PRO HAC VICE*** |
| | |
| | Evan W. Talley, OBA No. 22923 |
| | DUNLAP CODDING |
| | 609 West Sheridan Avenue |
| | Oklahoma City, OK 73102 |
| | Telephone: (405) 607-8600 |
| | ***ADMITTED PRO HAC VICE*** |
| | |
| | **COUNSEL FOR DEFENDANTS ECOMETAL INC. AND NICK YUAN** |

## **CERTIFICATE OF SERVICE**

I certify that on Aug. 6, 2021, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

David B. Cupar
Matthew J. Cavanagh
Andrew D. Gordon-Seifert

Counsel for Plaintiffs

        /s/Martin S. High
        Martin S. High, Esq.
        **COUNSEL FOR DEFENDANTS**
           **ECOMETAL INC. AND NICK YUAN**