UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Terves LLC, | ) | |
| | ) | Case No. 1:19-cv-01611-DCN |
| Plaintiff, | ) | |
| | ) | Judge Donald C. Nugent |
| v. | ) | |
| | ) | **Terves LLC's Motion** |
| Yueyang Aerospace New Materials Co. Ltd. | ) | **for Summary Judgment** |
| et al. | ) | |
| | ) | |
| Defendants. | ) | |

# <u>Exhibit 2-A</u>
## Terves' Chinese Patent CN106460133

(19)中华人民共和国国家知识产权局




# (12)发明专利

(10)授权公告号 CN 106460133 B

(45)授权公告日 2019.06.18

(21)申请号 201580020103.7

(22)申请日 2015.04.17

(65)同一申请的已公布的文献号
申请公布号 CN 106460133 A

(43)申请公布日 2017.02.22

(30)优先权数据
61/981,425 2014.04.18 US

(85)PCT国际申请进入国家阶段日
2016.10.17

(86)PCT国际申请的申请数据
PCT/US2015/026327 2015.04.17

(87)PCT国际申请的公布数据
WO2015/161171 EN 2015.10.22

(73)专利权人 特维斯股份有限公司
地址 美国俄亥俄州

(72)发明人 B·P·杜德  N·J·法卡斯
A·J·舍曼

(74)专利代理机构 上海专利商标事务所有限公
司 31100
代理人 林高锋 郭辉

(51)Int.Cl.
*C22F 1/05*(2006.01)
*C22C 23/02*(2006.01)

(56)对比文件
CN 102796928 A,2012.11.28,
CN 102517489 A,2012.06.27,
CN 101381829 A,2009.03.11,
US 2013220496 A1,2013.08.29,
CN 103343271 A,2013.10.09,

审查员 王仁娟

权利要求书3页  说明书12页  附图2页

(54)发明名称
用于受控速率溶解工具的电化活性的原位形成的颗粒

(57)摘要
一种使用金属主要合金的可浇铸的、可模塑的和/或可挤出的结构。可将一种或多种添加剂添加到金属主要合金,从而在熔体中或者从熔体冷却时形成原位电化活性的增强颗粒。复合材料包含最佳组成和形貌,以在整体复合材料中获得特殊的电化腐蚀速率。原位形成的电化活性颗粒可用于增强复合材料的机械性质,例如延展性和/或拉伸强度。最终浇铸还可通过热处理以及变形加工(例如挤出、煅造或轧制)来相对于铸造状态的材料进一步改善最终复合材料的强度。



原位形成的颗粒

基质锭

CN 106460133 B

1.一种形成镁复合材料来控制所述镁复合材料的溶解性质以实现所述镁复合材料的受控溶解的方法,所述方法包括:

提供添加剂材料以及镁或镁合金;

将所述镁或镁合金加热至所述镁或镁合金的固相线温度以上的温度;

将所述添加剂材料加入熔融的镁或镁合金中并分散,同时将温度保持在所述镁或镁合金的固相线温度以上并低于所述添加剂材料的熔点;

有控制地将所述加热的镁或镁合金以及添加剂材料冷却至所述镁或镁合金的固相线温度以下的温度,以形成所述镁复合材料,并使得包含所述添加剂材料的所述镁复合材料中形成电化活性中间金属相的原位沉淀;

其中,所述添加剂材料构成所述镁复合材料的0.05重量%-45重量%,所述添加剂材料包含选自铜、镍和钴中的一种或多种金属,所述添加剂材料以足够的数量处于所述电化活性中间金属相中以获得所述电化活性中间金属相的组成和形貌,从而所述镁复合材料在90℃的3重量%KCl水混合物中的溶解速率为5-300毫克/厘米$^2$/小时。

2.如权利要求1所述的方法,还包括以下步骤:通过控制所述冷却步骤中所述混合物的液相线到固相线之间的冷却速率来控制所述原位沉淀的尺寸,所述冷却速率大于0.01℃/分钟且小于1℃/分钟。

3.如权利要求1或2所述的方法,其中,所述添加剂材料的平均颗粒直径尺寸为0.1-500微米的颗粒。

4.如权利要求1或2所述的方法,其中,所述镁复合材料在20℃的3重量%KCl水混合物中的溶解速率为0.5、0.8或1.0毫克/厘米$^2$/小时。

5.如权利要求1或2所述的方法,其中,所述镁合金包含超过50重量%的镁和选自下组的一种或多种金属:铝、硼、铋、锌、锆和锰。

6.如权利要求1或2所述的方法,其中,所述镁合金包含超过50重量%的镁和选自下组的一种或多种金属:0.5-10重量%的铝、0.1-6重量%的锌、0.01-3重量%的锆、0.15-2重量%的锰、0.0002-0.04重量%的硼和0.4-0.7重量%的铋。

7.如权利要求1或2所述的方法,其中,所述镁合金包含超过50重量%的镁和选自下组的一种或多种金属:0.5-10重量%的铝、0.1-3重量%的锌、0.01-1重量%的锆、0.15-2重量%的锰、0.0002-0.04重量%的硼和0.4-0.7重量%的铋。

8.如权利要求1或2所述的方法,其中,所述镁合金包含至少85重量%的镁和选自下组的一种或多种金属:0.5-10重量%的铝、0.05-6重量%的锌、0.01-3重量%的锆、0.15-2重量%的锰。

9.如权利要求1或2所述的方法,其中,所述镁合金包含超过50重量%的镁和选自下组的一种或多种金属:0.05-6重量%的锌、0.05-3重量%的锆、0.05-0.25重量%的锰、0.0002-0.04重量%的硼和0.4-0.7重量%的铋。

10.如权利要求1或2所述的方法,其中,所述添加剂材料包含0.05-35重量%的镍,所述镍在所述镁复合材料中形成电化活性的原位沉淀。

11.如权利要求10所述的方法,其中,所述镍构成所述镁复合材料的3重量%-7重量%。

12.如权利要求10所述的方法,其中,所述镍构成所述镁复合材料的7重量%-10重量%。

13.如权利要求1或2所述的方法,其中,所述添加剂材料包含0.05-35重量%的铜,所述

铜在所述镁复合材料中形成电化活性的原位沉淀。

14.如权利要求1或2所述的方法,其中,所述添加剂材料包含0.05-35重量%的钴,所述钴在所述镁复合材料中形成电化活性的原位沉淀。

15.如权利要求1或2所述的方法,还包括以下步骤:使所述镁复合材料形成下井油井组件,所述下井油井组件包括选自套筒、压裂球、液压致动工具、管道、阀门组件和塞子中的一种或多种组件。

16.如权利要求1或2所述的方法,其中,在所述镁或镁合金的温度达到所述镁或镁合金的固相线温度以上后,将所述添加剂材料添加并分散在所述镁或镁合金中,在所述添加过程和分散过程中,将所述镁或镁合金加热到低于所述添加剂材料的熔点的温度。

17.如权利要求1或2所述的方法,还包括以下步骤:通过在所述分散步骤中选择特定的混合技术来控制所述原位沉淀的尺寸,所述混合技术包括选自化学搅拌所述混合物、机械搅拌所述混合物和超声波处理所述混合物中的一种或多种技术。

18.如权利要求1或2所述的方法,还包括以下的一个或多个步骤:在300℃以上且在所述镁复合材料熔融温度以下的温度下固溶化所述镁复合材料,以改善所述镁复合材料的拉伸强度、延展性或其组合;在100℃以上300℃以下的温度下老化所述镁复合材料,以改善所述镁复合材料的拉伸强度;对所述镁复合材料实施变形加工以降低所述镁复合材料的晶粒尺寸,增加所述镁复合材料的拉伸屈服强度、增加所述镁复合材料的伸长率或其组合,所述变形加工包括选自锻造和挤出中的一种或多种加工;以及对所述镁复合材料实施表面处理以改善所述镁复合材料的表面硬度,所述表面处理包括选自锤击、热处理、铝化或其组合中的一种或多种处理。

19.如权利要求1或2所述的方法,其中,所述添加剂材料的熔融温度比所述镁或镁合金的熔融温度高100℃。

20.如权利要求1或2所述的方法,其中,所述电化活性中间金属相包括Mg₂X的颗粒,其中,X包括Ni、Cu或Co。

21.一种镁复合材料,其包含电化活性中间金属相的原位沉淀以实现所述镁复合材料的受控溶解,所述镁复合材料包含镁或镁合金与添加剂材料的混合物,所述添加剂材料包含选自铜、镍和钴中的一种或多种金属,所述添加剂材料构成所述镁复合材料的0.05重量%-45重量%,所述镁复合材料包含电化活性中间金属相的原位沉淀,所述电化活性中间金属相的原位沉淀包含所述添加剂材料,所述添加剂材料以足够的数量处于所述电化活性中间金属相中以获得所述电化活性中间金属相的组成和形貌,从而使所述镁复合材料在90℃的3重量%KCl水混合物中的溶解速率为5-300毫克/厘米²/小时。

22.如权利要求21所述的镁复合材料,其中,所述镁复合材料在20℃的3重量%KCl水混合物中的溶解速率为0.5、0.8或1.0毫克/厘米²/小时。

23.如权利要求21或22所述的镁复合材料,其中,所述镁合金包含超过50重量%的镁和选自下组的一种或多种金属:铝、硼、铋、锌、锆和锰。

24.如权利要求21或22所述的镁复合材料,其中,所述镁合金包含超过50重量%的镁和选自下组的一种或多种金属:0.5-10重量%的铝、0.1-6重量%的锌、0.01-3重量%的锆、0.15-2重量%的锰、0.0002-0.04重量%的硼和0.4-0.7重量%的铋。

25.如权利要求21或22所述的镁复合材料,其中,所述镁合金包含超过50重量%的镁和

选自下组的一种或多种金属:0.5-10重量%的铝、0.1-3重量%的锌、0.01-1重量%的锆、0.15-2重量%的锰、0.0002-0.04重量%的硼和0.4-0.7重量%的铋。

26.如权利要求21或22所述的镁复合材料,其中,所述镁合金包含至少85重量%的镁和选自下组的一种或多种金属:0.5-10重量%的铝、0.05-6重量%的锌、0.01-3重量%的锆和0.15-2重量%的锰。

27.如权利要求21或22所述的镁复合材料,其中,所述镁合金包含超过50重量%的镁和选自下组的一种或多种金属:0.05-6重量%的锌、0.05-3重量%的锆、0.05-0.25重量%的锰、0.0002-0.04重量%的硼和0.4-0.7重量%的铋。

28.如权利要求21或22所述的镁复合材料,其中,所述添加剂材料包含0.05-35重量%的镍,所述镍在所述镁复合材料中形成电化活性的原位沉淀。

29.如权利要求28所述的镁复合材料,其中,所述镍构成所述镁复合材料的3重量%-7重量%。

30.如权利要求28所述的镁复合材料,其中,所述镍构成所述镁复合材料的7重量%-10重量%。

31.如权利要求21或22所述的镁复合材料,其中,所述添加剂材料包含0.05-35重量%的铜,所述铜在所述镁复合材料中形成电化活性的原位沉淀。

32.如权利要求21或22所述的镁复合材料,其中,所述添加剂材料包含0.05-35重量%的钴,所述钴在所述镁复合材料中形成电化活性的原位沉淀。

33.如权利要求21或22所述的镁复合材料,其中,所述添加剂材料的至少一部分在所述镁复合材料中保持为未合金化的添加剂材料。

34.下井油井组件,其至少部分由权利要求21或22所述的镁复合材料形成,所述下井油井组件包括选自套筒、压裂球、液压致动工具、管道、阀门组件和塞子中的一种或多种组件。

用于受控速率溶解工具的电化活性的原位形成的颗粒

[0001]    本申请要求2014年04月18日提交的美国临时专利申请第61/981,425号的优先权,该申请的内容被纳入本文作为参考。

**发明领域**
[0002]    本发明涉及用作石油钻井中可溶解组件的新颖的镁复合材料。

**背景技术**
[0003]    控制下井油井组件在不同溶液中的溶解的能力对于利用不可钻完井工具例如套筒、压裂球、液压致动工具等而言非常重要。用于这种应用的反应性材料已提出了一些时间,其在暴露于酸、盐和/或其它具有(wellbore)条件时发生溶解或腐蚀。通常,这些组件由改造成溶解或腐蚀的材料组成。批露了溶解聚合物和一些粉末冶金金属,其且其广泛地应用于制药工业,用于药物的缓释。此外,已由在体内溶解的金属或聚合物形成一些医疗装置。

[0004]    虽然在降低完井成本方面现有技术的油井钻探组件已取得了适度成功,但它们具体控制在具体溶液中的溶解速率的一致性和能力以及其它不足例如受限的强度和不良的可靠性已影响了它们的普遍采纳。理想地,这些组件由低成本的、可放大的方法来制造,并产生受控的腐蚀速率,且与传统的工程合金如铝、镁和铁相比具有相似或增加的强度。理想地,传统的热处理、变形加工和机械加工技术可在不影响这种组件的溶解速率和可靠性的情况下用于所述组件上。

**发明内容**
[0005]    本发明涉及用于用作石油钻井中可溶解组件的新颖的镁复合材料,且将具体结合这种应用来描述镁复合材料。如本领域普通技术人员可理解,本发明的新颖镁复合材料可用于其它应用(例如,本描述性实施方式中)。在一种非限制性实施方式中,本发明涉及钻井或完井操作(completion operation)中的球或其它工具组件,例如但不限于,在液压操作中容纳的组件,所述组件在使用之后可以溶解掉,从而无需钻探或除去该组件。管道、阀门、阀门组件、塞子、压裂球和其它形状和组件也可由本发明的新颖镁复合材料来形成。出于本发明之目的,在零件从阀门底座或塞子设置移除其自身或可变得在系统中自由浮起时,测量阀门组件和塞子的主要溶解。例如,当零件是塞子系统中的塞子时,当塞子降解或溶解到塞子不再能拖带塞子且由此使得流体绕着塞子流动的点时,发生主要溶解。出于本发明之目的,在零件完全溶解或亚毫米颗粒时,测量主要溶解。如本领域普通技术人员可理解,本发明的新颖镁复合材料可用于也需要在一定时间段之后溶解的功能的其它油井组件。在本发明的一个非限制性方面中,从新颖镁复合材料组合物沉淀电化活性(galvanical ly-active)的相,并将其用于控制组件的溶解速率;然而,无需如此。新颖镁复合材料通常是可浇铸的和/或可机械加工的,且可用于取代现有的石油和天然气钻井中的金属或塑料组件,包括但不限于水喷射和水力压裂。新颖镁复合材料可进行热处理以及挤出和/或锻造。

[0006]    在本发明的一个非限制性方面中,新颖镁复合材料用于形成可浇铸的、可模塑的

或可挤出的组件。根据本发明的非限制性镁复合材料包含至少50重量％镁。可将一种或多种添加剂添加到镁或镁合金以形成本发明的新颖镁复合材料。可选定一种或多种添加剂且以一定数量使用，从而当镁或镁合金处于熔融状态时和/或在熔体冷却过程中，在镁或镁合金中形成电化活性的中间金属或不溶沉淀物；然而，无需如此。添加的一种或多种添加剂的重量百分数通常小于所述镁或镁合金的重量百分数。通常，镁或镁合金构成镁复合材料的约50.1重量%-99.9重量％以及在那之间的所有数值和范围。在本发明的非限制性方面中，镁或镁合金构成镁复合材料的约60重量%-95重量％，且通常镁合金构成镁复合材料的约70重量%-90重量％。通常，在小于一种或多种添加剂熔点的温度下，将一种或多种添加剂添加到熔融的镁或镁合金。所述一种或多种添加剂通常具有下述平均粒度尺寸：至少约0.1微米，通常不超过约500微米(例如，0.1微米，0.1001微米，0.1002微米…499.9998微米，499.9999微米，500微米)和包含在那之间的任意数值或范围，更通常地是约0.1-400微米，和又更通常地是约10-50微米。在熔融的镁或镁合金中混合一种或多种添加剂的过程中，所述一种或多种添加剂通常不在熔融的镁或镁合金中形成完全的熔体。如本领域普通技术人员可理解，可在大于一种或多种添加剂熔点的温度下，将一种或多种添加剂添加到熔融的镁或镁合金。在形成镁复合材料的这种方法中，一种或多种添加剂与镁和/或镁合金中的其它金属形成次要金属合金(secondary metallic alloy)，所述次要金属合金具有大于镁和/或镁合金中其它金属的熔点。当熔融的金属冷却时，这些新形成的次要金属合金开始从熔融的金属沉淀出来，并在冷却的固体镁复合材料中形成原位相到基质相。在混合过程结束以后，冷却熔融的镁或镁合金和在熔融的镁或镁合金中混合的一种或多种添加剂，以形成固体组件。通常，熔融的镁或镁合金的温度比在添加过程和混合过程中添加到熔融的镁或镁合金的添加剂的熔点更小至少约10℃，通常比在添加过程和混合过程中添加到熔融的镁或镁合金的添加剂的熔点更小至少约100℃，更通常的比在添加过程和混合过程中添加到熔融的镁或镁合金的添加剂的熔点更小约100℃-1000℃(以及在那之间的任何数值或范围)；然而，无需如此。从未熔融的颗粒和/或新形成的次要金属合金称作熔融的镁合金材料中的原位颗粒形成。这种过程可用来在整体镁复合材料中和/或沿着镁复合材料的晶粒边界实现特殊的电化腐蚀速率。

[0007] 本发明采用了在传统铸造实施中通常是负面的特征，其中在熔体加工中形成颗粒，其在接触导电流体时腐蚀合金，且借助沉淀硬化嵌入在共熔相中、晶粒边界中和/或甚至在晶粒之内。这个特征使得能控制在最终浇铸中电化活性的相所在的地方，以及原位相和基质相的表面积比例，这使得与粉末冶金或合金复合材料相比，可使用更低的阴极和负载来获得相同的溶解速率。原位形成的电化添加剂可用于增强镁复合材料的机械性质例如延展性，拉伸强度，和/或剪切强度。最终镁复合材料还可通过热处理以及变形加工(例如挤出、锻造或轧制)来相对于铸造状态的(as-cast)材料进一步改善最终复合材料的强度；然而，无需如此。变形加工可用来通过让降低镁复合材料的晶粒尺寸，来强化镁复合材料。其它增强例如传统合金热处理(例如固溶化(solutionizing)、老化和/或冷加工)可用来通过下述实现控制溶解速率：在合金微观结构之内沉淀更多或更少的电化活性的相，同时改善机械性质；然而，无需如此。因为电化腐蚀是同时受到阳极相和阴极相之间的电势以及两个相的暴露表面积的影响，还可通过下述来控制腐蚀速率：调节原位形成的粒度而不增加或降低添加物的体积或重量分数和/或通过改变体积/重量分数却不改变粒度。原位粒度控制的

实现可通过下述来获得:熔体的机械搅拌、熔体的超声加工、控制冷却速率和/或通过实施热处理。原位粒度还可由或者由辅助加工来改变,例如轧制、煅造、挤出和/或其它变形技术。

[0008]　　在本发明的另一非限制性方面中,可将浇铸的结构成几乎任何形状。在形成过程中,电化活性的原位相可在整个组件中均匀分散,且可改变晶粒或晶粒边界组成来获得所需的溶解速率。电化腐蚀可改造成只影响晶粒边界和/或也可影响晶粒(基于组成);然而,无需如此。与其它方法相比,这个特征可用于实现使用显著更少的活性(阴极)原位相,来快速溶解高强轻量合金复合材料。

[0009]　　又在本发明的另一和/或替代非限制性方面中,可使用超声加工来控制原位形成的电化活性的相的尺寸;然而,无需如此。

[0010]　　又在本发明的另一和/或替代非限制性方面中,原位形成的颗粒可用作基质强化剂,以与不含添加剂的基础合金相比进一步增加材料拉伸强度;然而,无需如此。

[0011]　　还又在本发明的另一和/或替代非限制性方面中,提供一种控制选自镁和/或镁合金类的金属的溶解性质的方法,所述方法包括下述步骤:a)将镁或镁合金熔融到其固相线以上的点,b)向镁或镁合金加入添加剂材料和/或相,以实现电化活性的中间金属的原位沉淀,和c)将熔体冷却到固体形式。通常,在当镁或镁合金处于熔融状态时且在小于添加剂材料熔点的温度下,将添加剂材料添加到镁或镁合金。电化活性的中间金属相可用来增强合金的屈服强度;然而,无需如此。原位沉淀的中间金属相的尺寸可通过熔体混合技术和/或冷却速率来控制;然而,无需如此。所述方法可包含下述额外步骤:使镁复合材料暴露于中间金属沉淀以进行至少约300℃的固溶化,以改善拉伸强度和/或改善延展性;然而,无需如此。固溶化温度小于镁复合材料的熔点,通常,固溶化温度大于50℃-200℃(镁复合材料的熔点),且固溶化的时间段是至少0.1小时。在本发明的非限制性方面中,镁复合材料在300℃-620℃(例如,300℃-500℃等)温度的固溶化温度下暴露约0.5-50小时(例如,1-15小时等)。所述方法可包含下述额外步骤:使镁复合材料暴露于中间金属沉淀,以及在至少约90℃的温度下人工老化镁复合材料,从而改善拉伸强度;然而,无需如此。人工老化过程温度通常小于固溶化温度,人工老化过程温度的时间段通常是至少0.1小时。通常,人工老化过程小于50℃-400℃(固溶化温度)。在本发明的非限制性方面中,镁复合材料在约90℃-300℃(例如,100℃-200℃)的温度下进行约0.5-50小时(例如,1-16小时等)的老化处理。

[0012]　　在本发明的另一和/或替代非限制性方面中,提供含超过50重量%镁的镁复合材料,且将约0.05-35重量%镍(和在那之间的全部数值或范围)添加到镁或镁合金以形成作为电化活性的原位沉淀的中间金属Mg₂Ni。在一种非限制性设置中,镁复合材料包含约0.05-23.5重量%镍,0.01-5重量%镍,3-7重量%镍,7-10重量%镍,或10-24.5重量%镍。当熔融的镁或镁合金温度小于镍熔点时,将镍添加到镁或镁合金。在整个混合过程中,熔融的镁或镁合金的温度小于镍的熔点。在混合过程中,形成Mg₂Ni的固体颗粒。一旦混合过程完成之后,冷却熔融的镁或镁合金、Mg₂Ni固体颗粒和任何未形成合金的镍颗粒的混合物,且在固体镁或镁合金中形成Mg₂Ni固体颗粒和任何未形成合金的镍颗粒的原位沉淀。通常,熔融的镁或镁合金的温度比在添加过程和混合过程中添加到熔融的镁或镁合金的镍的熔点更小至少约200℃。

[0013]　　又在本发明的另一和/或替代非限制性方面中,提供含超过50重量%镁的镁复合

材料，且将约0.05-35重量%铜(和在那之间的全部数值或范围)添加到镁或镁合金以形成作为电化活性的原位沉淀的中间金属CuMg₂。在一种非限制性设置中，镁复合材料包含约0.01-5重量%铜，约0.5-15重量%铜，约15-35重量%铜，或约0.01-20重量%。当熔融的镁或镁合金温度小于铜熔点时，将铜添加到镁或镁合金。在整个混合过程中，熔融的镁或镁合金的温度小于铜的熔点。在混合过程中，形成CuMg₂的固体颗粒。一旦混合过程完成之后，冷却熔融的镁或镁合金、CuMg₂固体颗粒和任何未形成合金的铜颗粒的混合物，且在固体镁或镁合金中形成CuMg₂固体颗粒和任何未形成合金的铜颗粒的原位沉淀。通常，熔融的镁或镁合金的温度比添加到熔融的镁或镁合金的铜的熔点更小至少约200℃。

[0014]　又在本发明的另一和/或替代非限制性方面中，提供含超过50重量%镁的镁复合材料，且将0.05-20重量%钴添加到镁或镁合金以形成作为电化活性的原位沉淀的中间金属CoMg₂。当熔融的镁或镁合金温度小于钴熔点时，将钴添加到镁或镁合金。在整个混合过程中，熔融的镁或镁合金的温度小于钴的熔点。在混合过程中，形成CoMg₂的固体颗粒。一旦混合过程完成之后，冷却熔融的镁或镁合金、CoMg₂固体颗粒和任何未形成合金的钴颗粒的混合物，且在固体镁或镁合金中形成CoMg₂固体颗粒和任何未形成合金的钴颗粒的原位沉淀。通常，熔融的镁或镁合金的温度比添加到熔融的镁或镁合金的钴的熔点更小至少约200℃。

[0015]　又在本发明的另一和/或替代非限制性方面中，提供含超过50重量%镁的镁复合材料，且将钴添加到镁或镁合金，其形成作为电化活性的原位沉淀的中间金属Mg_xCo。当熔融的镁或镁合金温度小于钴熔点时，将钴添加到镁或镁合金。在整个混合过程中，熔融的镁或镁合金的温度小于钴的熔点。在混合过程中，形成CoMg_x的固体颗粒。一旦混合过程完成之后，冷却熔融的镁或镁合金、CoMg_x固体颗粒和任何未形成合金的钴颗粒的混合物，且在固体镁或镁合金中形成CoMg_x固体颗粒和任何未形成合金的钴颗粒的原位沉淀。通常，熔融的镁或镁合金的温度比添加到熔融的镁或镁合金的钴的熔点更小至少约200℃。

[0016]　还又在本发明的另一和/或替代非限制性方面中，提供含超过50重量%镁的镁复合材料，且将约0.5-35重量%次要金属(SM)添加到镁或镁合金以形成在剩余浇铸中与镁或镁合金相比是电化活性的中间金属颗粒，在所述剩余浇铸中液相线到固相线之间的冷却速率快于1℃/分钟。当熔融的镁或镁合金温度小于次要金属熔点时，将次要金属添加到镁或镁合金。在整个混合过程中，熔融的镁或镁合金的温度小于次要金属的熔点。在混合过程中，形成SMMg_x的固体颗粒。一旦混合过程完成之后，冷却熔融的镁或镁合金、SMMg_x固体颗粒和任何未形成合金的次要金属颗粒的混合物，且在固体镁或镁合金中形成SMMg_x固体颗粒和任何未形成合金的次要金属颗粒的原位沉淀。通常，熔融的镁或镁合金的温度比添加到熔融的镁或镁合金的次要金属的熔点更小至少约200℃。如本领域普通技术人员可理解，可将一种或多种次要金属添加到熔融的镁或镁合金。

[0017]　在本发明的另一和/或替代非限制性方面中，提供含超过50重量%镁的镁复合材料，且将约0.5-35重量%次要金属(SM)添加到镁或镁合金以形成在剩余浇铸中与镁或镁合金相比是电化活性的中间金属颗粒，在所述剩余浇铸中液相线到固相线之间的冷却速率慢于1℃/分钟。当熔融的镁或镁合金温度小于次要金属熔点时，将次要金属添加到镁或镁合金。在整个混合过程中，熔融的镁或镁合金的温度小于次要金属的熔点。在混合过程中，形成SMMg_x的固体颗粒。一旦混合过程完成之后，冷却熔融的镁或镁合金、SMMg_x固体颗粒和任

何未形成合金的次要金属颗粒的混合物,且在固体镁或镁合金中形成SMMg$_x$固体颗粒和任何未形成合金的次要金属颗粒的原位沉淀。通常,熔融的镁或镁合金的温度比添加到熔融的镁或镁合金的次要金属的熔点更小至少约200℃。如本领域普通技术人员可理解,可将一种或多种次要金属添加到熔融的镁或镁合金。

[0018]  又在本发明的另一和/或替代非限制性方面中,提供含有超过50重量%镁的镁复合材料,且将约0.05-35重量%次要金属(SM)添加到镁或镁合金以形成在剩余浇铸中与镁或镁合金相比是电化活性的中间金属颗粒,在所述剩余浇铸中液相线到固相线之间的冷却速率快于0.01℃/分钟且慢于1℃/分钟。当熔融的镁或镁合金温度小于次要金属熔点时,将次要金属添加到镁或镁合金。在整个混合过程中,熔融的镁或镁合金的温度小于次要金属的熔点。在混合过程中,形成SMMg$_x$的固体颗粒。一旦混合过程完成之后,冷却熔融的镁或镁合金、SMMg$_x$固体颗粒和任何未形成合金的次要金属颗粒的混合物,且在固体镁或镁合金中形成SMMg$_x$固体颗粒和任何未形成合金的次要金属颗粒的原位沉淀。通常,熔融的镁或镁合金的温度比添加到熔融的镁或镁合金的次要金属的熔点更小至少约200℃。如本领域普通技术人员可理解,可将一种或多种次要金属添加到熔融的镁或镁合金。

[0019]  又在本发明的另一和/或替代非限制性方面中,提供含有超过50重量%镁的镁复合材料,且将约0.05-35重量%次要金属(SM)添加到镁或镁合金以形成在剩余浇铸中与镁或镁合金相比是电化活性的中间金属颗粒,在所述剩余浇铸中液相线到固相线之间的冷却速率快于10℃/分钟。当熔融的镁或镁合金温度小于次要金属熔点时,将次要金属添加到镁或镁合金。在整个混合过程中,熔融的镁或镁合金的温度小于次要金属的熔点。在混合过程中,形成SMMg$_x$的固体颗粒。一旦混合过程完成之后,冷却熔融的镁或镁合金、SMMg$_x$固体颗粒和任何未形成合金的次要金属颗粒的混合物,且在固体镁或镁合金中形成SMMg$_x$固体颗粒和任何未形成合金的次要金属颗粒的原位沉淀。通常,熔融的镁或镁合金的温度比添加到熔融的镁或镁合金的次要金属的熔点更小至少约200℃。如本领域普通技术人员可理解,可将一种或多种次要金属添加到熔融的镁或镁合金。

[0020]  又在本发明的另一和/或替代非限制性方面中,提供含有超过50重量%镁的镁复合材料,且将约0.5-35重量%次要金属(SM)添加到镁或镁合金以形成在剩余浇铸中与镁或镁合金相比是电化活性的中间金属颗粒,在所述剩余浇铸中液相线到固相线之间的冷却速率慢于10℃/分钟。当熔融的镁或镁合金温度小于次要金属熔点时,将次要金属添加到镁或镁合金。在整个混合过程中,熔融的镁或镁合金的温度小于次要金属的熔点。在混合过程中,形成SMMg$_x$的固体颗粒。一旦混合过程完成之后,冷却熔融的镁或镁合金、SMMg$_x$固体颗粒和任何未形成合金的次要金属颗粒的混合物,且在固体镁或镁合金中形成SMMg$_x$固体颗粒和任何未形成合金的次要金属颗粒的原位沉淀。通常,熔融的镁或镁合金的温度比添加到熔融的镁或镁合金的次要金属的熔点更小至少约200℃。如本领域普通技术人员可理解,可将一种或多种次要金属添加到熔融的镁或镁合金。

[0021]  在本发明的另一和/或替代非限制性方面中,提供镁合金,所述镁合金包含超过50重量%镁且包含选自下组的至少一种金属:约0.5-10重量%量的铝,约0.05-6重量%量的锌,约0.01-3重量%量的锆,和/或约0.15-2重量%量的锰。在一种非限制性制剂中,镁合金包含超过50重量%镁且包含选自下组的至少一种金属:约0.05-6重量%量的锌,约0.05-3重量%量的锆,约0.05-0.25重量%量的锰,约0.0002-0.04重量%量的硼和约0.4-0.7重

CN 106460133 B 　　　　　　　说　明　书　　　　　　　　　6/12 页

量上的铋。然后，可将镁合金加热到熔融的状态，且可将一种或多种次要金属(SM)(例如，铜、镍、钴、钛、硅、铁等)添加到熔融的镁合金，其形成中间金属电化活性的颗粒原位沉淀。电化活性的颗粒可为SMMg$_x$、SMA1$_x$、SMZn$_x$、SMZr$_x$、SMMn$_x$、SMB$_x$、SMBi$_x$、SM与B、Bi、Mg、A1、Zn、Zr和Mn中任一种的组合。

[0022]　又在本发明的另一和/或替代非限制性方面中，提供含有超过50重量％镁的镁复合材料，且将选自下组的至少一种金属添加到镁或镁合金以在镁或镁合金中形成电化活性的中间金属颗粒：约0.05-6重量％量的锌，约0.05-3重量％量的锆，约0.05-0.25重量％量的锰，约0.0002-0.04重量％量的硼和约0.05-0.4重量％量的铋。然后，可将镁合金加热到熔融的状态，且可将一种或多种次要金属(SM)(例如，铜、镍、钴、钛、铁等)添加到熔融的镁合金，其形成中间金属电化活性的颗粒原位沉淀。电化活性的颗粒可为SMMg$_x$、SMZn$_x$、SMZr$_x$、SMMn$_x$、SMB$_x$、SMBi$_x$、SM与Mg、Zn、Zr、Mn、B和/或Bi中任一种的组合。

[0023]　又在本发明的另一和/或替代非限制性方面中，提供含有超过50重量％镁的镁或镁合金，且将约0.01-5重量％量的镍添加到镁或镁合金以在镁或镁合金中形成电化活性的中间金属颗粒。当熔融的镁或镁合金温度小于镍熔点时，将镍添加到镁或镁合金。在整个混合过程中，熔融的镁或镁合金的温度小于镍的熔点。在混合过程中，形成Mg$_2$Ni的固体颗粒。一旦混合过程完成之后，冷却熔融的镁或镁合金、Mg$_2$Ni固体颗粒和任何未形成合金的镍颗粒的混合物，且在固体镁或镁合金中形成Mg$_2$Ni固体颗粒和任何未形成合金的镍颗粒的原位沉淀。通常，熔融的镁或镁合金的温度比在添加过程和混合过程中添加到熔融的镁或镁合金的镍的熔点更小至少约200℃。

[0024]　还又在本发明的另一和/或替代非限制性方面中，提供含有超过50重量％镁的镁复合材料，且将约0.3-7重量％量的镍添加到镁或镁合金以在镁或镁合金中形成电化活性的中间金属颗粒。当熔融的镁或镁合金温度小于镍熔点时，将镍添加到镁或镁合金。在整个混合过程中，熔融的镁或镁合金的温度小于镍的熔点。在混合过程中，形成Mg$_2$Ni的固体颗粒。一旦混合过程完成之后，冷却熔融的镁或镁合金、Mg$_2$Ni固体颗粒和任何未形成合金的镍颗粒的混合物，且在固体镁或镁合金中形成Mg$_2$Ni固体颗粒和任何未形成合金的镍颗粒的原位沉淀。通常，熔融的镁或镁合金的温度比在添加过程和混合过程中添加到熔融的镁或镁合金的镍的熔点更小至少约200℃。

[0025]　在本发明的另一和/或替代非限制性方面中，提供含有超过50重量％镁的镁复合材料，且将约7-10重量％量的镍添加到镁或镁合金以在镁或镁合金中形成电化活性的中间金属颗粒。当熔融的镁或镁合金温度小于镍熔点时，将镍添加到镁或镁合金。在整个混合过程中，熔融的镁或镁合金的温度小于镍的熔点。在混合过程中，形成Mg$_2$Ni的固体颗粒。一旦混合过程完成之后，冷却熔融的镁或镁合金、Mg$_2$Ni固体颗粒和任何未形成合金的镍颗粒的混合物，且在固体镁或镁合金中形成Mg$_2$Ni固体颗粒和任何未形成合金的镍颗粒的原位沉淀。通常，熔融的镁或镁合金的温度比在添加过程和混合过程中添加到熔融的镁或镁合金的镍的熔点更小至少约200℃。

[0026]　又在本发明的另一和/或替代非限制性方面中，提供含有超过50重量％镁的镁复合材料，且将约10-24.5重量％量的镍添加到镁或镁合金以在镁或镁合金中形成电化活性的中间金属颗粒。当熔融的镁或镁合金温度小于镍熔点时，将镍添加到镁或镁合金。在整个混合过程中，熔融的镁或镁合金的温度小于镍的熔点。在混合过程中，形成Mg$_2$Ni的固体颗粒。

一旦混合过程完成之后，冷却熔融的镁或镁合金、Mg₂Ni固体颗粒和任何未形成合金的镍颗粒的混合物，且在固体镁或镁合金中形成Mg₂Ni固体颗粒和任何未形成合金的镍颗粒的原位沉淀。通常，熔融的镁或镁合金的温度比在添加过程和混合过程中添加到熔融的镁或镁合金的镍的熔点更小至少约200℃。

[0027]　又在本发明的另一和/或替代非限制性方面中，提供含超过50重量％镁的镁复合材料，且将约0.01-5重量％量的铜添加到镁或镁合金以在镁或镁合金中形成电化活性的中间金属颗粒。当熔融的镁或镁合金温度小于铜熔点时，将铜添加到镁或镁合金。在整个混合过程中，熔融的镁或镁合金的温度小于铜的熔点。在混合过程中，形成Mg₂Cu固体颗粒。一旦混合过程完成之后，冷却熔融的镁或镁合金、Mg₂Cu固体颗粒和任何未形成合金的镍颗粒的混合物，且在固体镁或镁合金中形成Mg₂Cu固体颗粒和任何未形成合金的铜颗粒的原位沉淀。通常，熔融的镁或镁合金的温度比在添加过程和混合过程中添加到熔融的镁或镁合金的铜的熔点更小至少约200℃。

[0028]　还又在本发明的另一和/或替代非限制性方面中，提供含超过50重量％镁的镁复合材料，且包括将约0.5-15重量％量的铜添加到镁或镁合金以在镁或镁合金中形成电化活性的中间金属颗粒。当熔融的镁或镁合金温度小于铜熔点时，将铜添加到镁或镁合金。在整个混合过程中，熔融的镁或镁合金的温度小于铜的熔点。在混合过程中，形成Mg₂Cu的固体颗粒。一旦混合过程完成之后，冷却熔融的镁或镁合金、Mg₂Cu固体颗粒和任何未形成合金的镍颗粒的混合物，且在固体镁或镁合金中形成Mg₂Cu固体颗粒和任何未形成合金的铜颗粒的原位沉淀。通常，熔融的镁或镁合金的温度比在添加过程和混合过程中添加到熔融的镁或镁合金的铜的熔点更小至少约200℃。

[0029]　在本发明的另一和/或替代非限制性方面中，提供含超过50重量％镁的镁复合材料，且包括将约15-35重量％量的铜添加到镁或镁合金以在镁或镁合金中形成电化活性的中间金属颗粒。当熔融的镁或镁合金温度小于铜熔点时，将铜添加到镁或镁合金。在整个混合过程中，熔融的镁或镁合金的温度小于铜的熔点。在混合过程中，形成Mg₂Cu的固体颗粒。一旦混合过程完成之后，冷却熔融的镁或镁合金、Mg₂Cu固体颗粒和任何未形成合金的镍颗粒的混合物，且在固体镁或镁合金中形成Mg₂Cu固体颗粒和任何未形成合金的铜颗粒的原位沉淀。通常，熔融的镁或镁合金的温度比在添加过程和混合过程中添加到熔融的镁或镁合金的铜的熔点更小至少约200℃。

[0030]　又在本发明的另一和/或替代非限制性方面中，提供含超过50重量％镁的镁复合材料，且包括将约0.01-20重量％量的铜添加到镁或镁合金以在镁或镁合金中形成电化活性的中间金属颗粒。当熔融的镁或镁合金温度小于铜熔点时，将铜添加到镁或镁合金。在整个混合过程中，熔融的镁或镁合金的温度小于铜的熔点。在混合过程中，形成Mg₂Cu的固体颗粒。一旦混合过程完成之后，冷却熔融的镁或镁合金、Mg₂Cu固体颗粒和任何未形成合金的镍颗粒的混合物，且在固体镁或镁合金中形成Mg₂Cu固体颗粒和任何未形成合金的铜颗粒的原位沉淀。通常，熔融的镁或镁合金的温度比在添加过程和混合过程中添加到熔融的镁或镁合金的铜的熔点更小至少约200℃。

[0031]　又在本发明的另一和/或替代非限制性方面中，提供进行热处理的镁复合材料，所述热处理是例如固溶化、老化和/或冷加工且将用于通过在合金微结构之内沉淀更多或更少电化活性的相来控制溶解速率，同时改善机械性质。老化过程(当使用时)可为至少约1

小时,约1-50小时,约1-20小时,或约8-20小时。固溶化(当使用时)可为至少约1小时,约1-50小时,约1-20小时,或约8-20小时。

[0032]    还又在本发明的另一和/或替代非限制性方面中,提供一种用于控制镁复合材料溶解速率的方法,其中镁含量是至少约75%,添加镍以与镁或镁合金形成至少0.05重量%MgNi₂的原位沉淀,且在100-500℃的范围之内的温度下将所得金属固溶化0.25-50小时,所述镁复合材料的特征包括与进行所述老化处理但不含镍添加物的金属相比,具有更高的溶解速率。

[0033]    在本发明的另一和/或替代非限制性方面中,提供一种用于提高镁复合材料物理性质的方法,其中镁含量是至少约85%,添加镍以与镁或镁合金形成至少0.05重量%MgNi₂的原位沉淀,且在约100-500℃的温度下将所得金属固溶化0.25-50小时,所述镁复合材料的特征包括与具有相同组成但不含镍含量的镁基础合金相比,具有更高的拉伸强度和屈服强度。

[0034]    又在本发明的另一和/或替代非限制性方面中,提供一种用于控制镁复合材料溶解速率的方法,其中镁含量是至少约75%,添加铜以与镁或镁合金形成至少0.05重量%MgCu₂的原位沉淀,且在100-500℃的范围之内的温度下将所得金属固溶化0.25-50小时,所述镁复合材料的特征包括与进行所述老化处理但不含铜添加物的金属相比,具有更高的溶解速率。

[0035]    又在本发明的另一和/或替代非限制性方面中,提供一种用于提高镁复合材料物理性质的方法,其中镁或镁合金中镁的总含量是至少约85%,添加铜以与镁或镁复合材料形成至少0.05重量%MgCu₂的原位沉淀,且在约100-500℃的温度下将所得金属固溶化0.25-50小时,所述镁复合材料的特征包括与具有相同组成但不含铜含量的镁基础合金相比,具有更高的拉伸强度和屈服强度。

[0036]    还又在本发明的另一和/或替代非限制性方面中,提供镁复合材料,所述镁复合材料用于用作水力压裂和钻井中的可溶解的球或压裂球。

[0037]    在本发明的另一和/或替代非限制性方面中,提供镁复合材料,所述镁复合材料用于用作用于钻井和水力控制以及水力压裂中的可溶解工具。

[0038]    又在本发明的另一和/或替代非限制性方面中,提供镁复合材料,所述镁复合材料包含对镁或镁合金基质而言不是电化活性的辅助原则形成的增强(secondary institute formed reinforcement),从而提高镁复合材料的机械性质。辅助原则形成的增强包括Mg₂Si相作为原位形成的增强。

[0039]    在本发明的另一和/或替代非限制性方面中,提供镁复合材料,所述镁复合材料从液相线点到固相线点经历更快的冷却速率,从而形成更小的原位形成的颗粒。

[0040]    在本发明的另一和/或替代非限制性方面中,提供镁复合材料,所述镁复合材料从液相线点到固相线点经历更慢的冷却速率,从而形成更大的原位形成的颗粒。

[0041]    在本发明的另一和/或替代非限制性方面中,提供镁复合材料,所述镁复合材料在从液相线点到固相线点的冷却速率过程中经历机械搅拌,从而形成更小的原位形成的颗粒。

[0042]    又在本发明的另一和/或替代非限制性方面中,提供镁复合材料,所述镁复合材料在从液相线点到固相线点的冷却速率过程中经历化学搅拌,从而形成更小的原位形成的颗

粒。

[0043]　　又在本发明的另一和/或替代非限制性方面中，提供镁复合材料，所述镁复合材料在从液相线点到固相线点的冷却速率过程中经历超声搅拌，从而形成更小的原位形成的颗粒。

[0044]　　还又在本发明的另一和/或替代非限制性方面中，提供镁复合材料，所述镁复合材料进行变形或挤出，从而进一步改善原位形成的颗粒的分散。

[0045]　　在本发明的另一和/或替代非限制性方面中，提供一种用于形成新颖镁复合材料的方法，所述方法包括下述步骤：a)选定具有9重量%铝、1重量%锌和90重量%镁的AZ91D镁合金，b)将AZ91D镁合金熔融到800℃以上的温度，c)在小于镍熔点的温度下，向熔融的AZ91D镁合金添加最高达约7重量%镍，d)使用化学混合试剂且将温度保持在镍熔点以下，混合镍与熔融的AZ91D镁合金并在熔融的合金中分散，和e)在钢模中冷却和浇铸熔融的混合物。浇铸的材料具有约14ksi的拉伸强度、约3%的伸长率(elongation)和11ksi的剪切强度。在90℃的3%KCl溶液中，浇铸的材料具有约75毫克/厘米²–分钟的溶解速率。在21℃的3%KCl溶液中，浇铸的材料以约1毫克/厘米²–小时的速率溶解。在90℃的3%KCl溶液中，浇铸的材料以325毫克/厘米²–小时的速率溶解。浇铸的材料可进行具有11:1面积收缩率(reduction area)的挤出。挤出的浇铸的材料呈现40ksi的拉伸强度和12%的失效伸长率。在20℃的3%KCl溶液中，挤出的浇铸材料以0.8毫克/厘米²–分钟的速率溶解。在90℃的3%KCl溶液中，挤出的浇铸材料以100毫克/厘米²–小时的速率溶解。挤出的浇铸材料可经历100℃-200℃之间的16小时的人工T5老化处理。

[0046]　　老化的挤出浇铸材料呈现48Ksi的拉伸强度、5%的失效伸长率和25Ksi的剪切强度。在90℃的3%KCl溶液中，老化的挤出浇铸材料以110毫克/厘米²–小时的速率溶解，且在20℃的3%KCl溶液中，老化的挤出浇铸材料以1毫克/厘米²–小时的速率溶解。浇铸的材料可进行400℃-500℃之间的约18小时的固溶化处理T4，然后进行100℃-200℃之间约16小时的人工T6老化处理。老化和固溶化的浇铸材料呈现约34Ksi的拉伸强度、约11%的失效伸长率和约18ksi的剪切强度。在90℃的3%KCl溶液中，老化和固溶化的浇铸材料以约84毫克/厘米²–小时的速率溶解，且在20℃的3%KCl溶液中，老化和固溶化的浇铸材料以约0.8毫克/厘米²–小时的速率溶解。

[0047]　　在本发明的另一和/或替代非限制性方面中，提供一种用于形成新颖镁复合材料的方法，所述方法包括下述步骤：a)选定具有9重量%铝、1重量%锌和90重量%镁的AZ91D镁合金，b)将AZ91D镁合金熔融到800℃以上的温度，c)在小于镍熔点的温度下，向熔融的AZ91D镁合金添加最高达约1重量%镍，d)使用化学混合试剂且将温度保持在镍熔点以下，混合镍与熔融的AZ91D镁合金并在熔融的合金中分散，和e)在钢模中冷却和浇铸熔融的混合物。浇铸的材料具有约18ksi的拉伸强度、约5%的伸长率(elongation)和17ksi的剪切强度。在90℃的3%KCl溶液中，浇铸的材料以约45毫克/厘米²–小时的溶解速率。在21℃的3%KCl溶液中，浇铸的材料以0.5毫克/厘米²–小时的速率溶解。在90℃的3%KCl溶液中，浇铸的材料以325毫克/厘米²–小时的速率溶解。随后，浇铸的材料进行具有20:1面积收缩率的挤出。挤出的浇铸的材料呈现35ksi的拉伸屈服强度和12%的失效伸长率。在20℃的3%KCl溶液中，挤出的浇铸材料以0.8毫克/厘米²–分钟的速率溶解。在90℃的3%KCl溶液中，挤出的浇铸材料以50毫克/厘米²–小时的速率溶解。挤出的浇铸材料可经历100℃-200

℃之间的16小时的人工T5老化处理。老化的挤出浇铸材料呈现48Ksi的拉伸强度、5%的失效伸长率和25Ksi的剪切强度。

[0048] 又在本发明的另一和/或替代非限制性方面中,提供一种用于形成新颖镁复合材料的方法,所述方法包括下述步骤:a)选定具有约9重量%铝、1重量%锌和90重量%镁的AZ91D镁合金,b)将AZ91D合金熔融到800℃以上的温度,c)在小于铜熔点的温度下,向熔融的AZ91D镁合金添加最高达约10重量%铜,d)使用化学混合试剂且在小于铜熔点的温度下,在熔融的AZ91D镁合金中分散铜,和e)在钢模中冷却和浇铸熔融的混合物。浇铸的材料呈现约14ksi的拉伸强度、约3%的伸长率和11ksi的剪切强度。在90℃的3%KCl溶液中,浇铸的材料以约50毫克/厘米²-小时的速率溶解。在21℃的3%KCl溶液中,浇铸的材料以0.6毫克/厘米²-小时的速率溶解。浇铸的材料可进行100-200℃温度下约16小时的人工T5老化处理。老化的浇铸材料呈现50Ksi的拉伸强度、5%的失效伸长率和25Ksi的剪切强度。在90℃的3%KCl溶液中,老化的浇铸材料以约40毫克/厘米²-小时的速率溶解,且在20℃的3%KCl溶液中,老化的浇铸材料以0.5毫克/厘米²-小时的速率溶解。

[0049] 如附图所示,根据下文对本发明的优选的实施方式的详细描述,本发明的这些和其它目的、特征和优势将变得显而易见。

[0050] 附图简要说明

[0051] 图1-3显示具有润湿到镁基质的电化活性的原位形成的中间金属相的典型浇铸的微观结构;和,

[0052] 图4显示形成中间金属Mgₓ(M)的原位形成的颗粒的典型相图,其中M是元素周期表中的任何元素或者在镁基质中的任何化合物,且其中M的熔点大于Mg的熔点。

[0053] 发明详述

[0054] 本发明涉及新颖镁复合材料,其可用来形成可浇铸的、可模塑的或可挤出的组件。所述镁复合材料包含至少50重量%镁。通常,所述镁复合材料包含超过50重量%镁和小于约99.5重量%镁以及在那之间的所有数值和范围。可将一种或多种添加剂添加到镁或镁合金以形成本发明的新颖镁复合材料。可选定一种或多种添加剂且以一定数量使用,从而当镁或镁合金处于熔融状态时和/或在熔体冷却过程中,在镁或镁合金中形成电化活性的中间金属相;然而,无需如此。在小于所述一种或多种添加剂的熔点的温度下,可将一种或多种添加剂添加到熔融的镁或镁合金。在熔融的镁或镁合金中混合一种或多种添加剂的过程中,所述一种或多种添加剂不在熔融的镁或镁合金中形成完全的熔体。在混合过程结束以后,冷却熔融的镁或镁合金和在熔融的镁或镁合金中混合的一种或多种添加剂,以形成固体组件。如图1-3所示,熔体中的这种形成称作原位颗粒形成。这种过程可用来在整体镁复合材料中和/或沿着镁复合材料的晶粒边界实现特殊的电化腐蚀速率。这个特征使得能控制在最终浇铸中电化活性的相所在的地方,以及原位相和基质相的表面积比例,这使得与粉末冶金或合金复合材料相比,可使用更低的阴极相负载来获得相同的溶解速率。原位形成的电化添加剂可用于增强镁复合材料的机械性质例如延展性、拉伸强度,和/或剪切强度。最终镁复合材料还可通过热处理以及变形加工(例如挤出、锻造或轧制)来相对于铸造状态的材料进一步改善最终复合材料的强度;然而,无需如此。变形加工可用来通过降低镁复合材料的晶粒尺寸,来强化镁复合材料。其它增强例如传统合金热处理(例如固溶化(solutionizing)、老化和/或冷加工)可用来通过下述实现控制溶解速率:在合金微观结构

CN 106460133 B                                                                说 明 书                                                                11/12 页

之一内沉淀更多或更少的电化活性的相，同时改善机械性质；然而，无需如此。因为电化腐蚀是同时受到阳极相和阴极相之间的电势以及两个相的暴露表面积的影响，还可通过下述来控制腐蚀速率：调节原位形成的粒度而不增加或降低添加物的体积或重量分数和/或通过改变体积/重量分数却不改变粒度。原位粒度控制的实现可通过下述来获得：熔体的机械搅拌、熔体的超声加工、控制冷却速率和/或通过实施热处理。原位粒度还可由或者由辅加工来改变，例如轧制、煅造、挤出和/或其它变形技术。更小粒度可用来增加镁复合材料的溶解速率。镁复合材料中原位形成的颗粒和相的重量百分数增加还可用于或者用于增加镁合材料的溶解速率。用于在镁复合材料中形成原位形成的颗粒或相的相即参见图B。

[0055]    根据本发明，通过下述来制备新颖镁复合材料：浇铸镁金属或镁合金与至少一种组分，以与在化学上的另一组分形成电化活性的相，其形成离散相，所述离散相在可溶解组件的使用温度下是不溶的。原位形成的颗粒和相具有与其余镁金属或镁合金不同的电化学电势。使用例如触变模塑、搅拌浇铸、机械搅拌、化学搅拌、电润湿、超声分散和/或这些方法的组合的技术，使原位形成的颗粒或相穿过基质金属或金属合金均匀地分散。因为颗粒原位地形成或熔体，所以这种颗粒通常具有和基质相有益的润湿，且取决于合金组成和相图可在晶粒边界中发现或作为整个组件中连续的树枝相。因为合金形成电化中间金属颗粒，其中在使用温度下中间金属相不溶于基质，一旦材料低于固相线温度，无需在组件中进一步分散或控制尺寸。这个特征还实现通过传统变形加工来进一步晶粒增强最终合金，从而提高合金系统中的拉伸强度、失效伸长率和其它性质，这在不使用不溶颗粒添加物的情况下是不能获得的。因为甚至在复合材料变形加工和热处理之后，材料中原位形成的相的比例通常是恒定的，晶粒边界和晶粒表面积的比例通常是一致的，所以在机械加工之后，这种复合材料的腐蚀速率仍然非常相似。

[0056]    实施例1

[0057]    将具有9重量%铝、1重量%锌和90重量%镁的AZ91D镁合金熔融到800℃以上以及镍熔点以下至少200℃。将约7重量%镍添加到熔体，并分散。将熔体浇铸进入钢模。浇铸的材料呈现约14ksi的拉伸强度、约3%的伸长率和11ksi的剪切强度。在90℃的3%KCl溶液中，浇铸的材料以约75毫克/厘米$^2$-分钟的速率溶解。在21℃的3%KCl溶液中，所述材料以1毫克/厘米$^2$-小时的速率溶解。在90℃的3%KCl溶液中，所述材料以325毫克/厘米$^2$-小时的速率溶解。

[0058]    实施例2

[0059]    将实施例1的复合材料进行具有11:1面积收缩率的挤出。材料呈现45ksi拉伸屈服强度、50ksi的极限拉伸强度和8%的失效伸长率。在20℃的3%KCl溶液中，所述材料具有0.8毫克/厘米$^2$-分钟的溶解速率。在90℃的3%KCl溶液中，所述材料以100毫克/厘米$^2$-小时的速率溶解。

[0060]    实施例3

[0061]    使实施例2的合金经历100℃-200℃的16小时的人工T5老化处理。所述合金呈现48ksi的拉伸强度、5%的失效伸长率和25ksi的剪切强度。在90℃的3%KCl溶液中，所述材料以110毫克/厘米$^2$-小时的速率溶解，且在20℃的3%KCl溶液中，所述材料以1毫克/厘米$^2$-小时的速率溶解。

[0062]    实施例4

[0063]  使实施例1的合金进行400℃-500℃下18小时的固溶化处理T4,然后进行100℃-200℃下16小时的人工T6老化处理。所述合金呈现34Ksi的拉伸强度、11%的失效伸长率和18Ksi的剪切强度。在90℃的3%KCl溶液中,所述材料以84毫克/厘米$^2$-小时的速率溶解,且在20℃的3%KCl溶液中,所述材料以0.8毫克/厘米$^2$-小时的速率溶解。

[0064]  实施例5

[0065]  将具有9重量%铝、1重量%锌和90重量%镁的AZ91D镁合金熔融到800℃以上以及铜熔点以下至少200℃。将约10重量%铜与熔体形成合金,并分散。将熔体浇铸进入钢模。浇铸的材料呈现约14ksi的拉伸屈服强度、约3%的伸长率和11ksi的剪切强度。在90℃的3%KCl溶液中,浇铸的材料以约50毫克/厘米$^2$-小时的速率溶解。在21℃的3%KCl溶液中,所述材料以0.6毫克/厘米$^2$-小时的速率溶解。

[0066]  实施例6

[0067]  使实施例5的合金进行100℃-200℃下16小时的人工T5老化处理。所述合金呈现50Ksi的拉伸强度、5%的失效伸长率和25ksi的剪切强度。在90℃的3%KCl溶液中,所述材料以40毫克/厘米$^2$-小时的速率溶解,且在20℃的3%KCl溶液中,所述材料以0.5毫克/厘米$^2$-小时的速率溶解。

[0068]  因此可知如上所述的目标,包括从上文的说明书可显然得知的那些目标都有效的达到了,且因为在不偏离本发明的精神和范围的情况下可进行某些变化,所以预期在上文的说明书中所含和在附图中所示的所以东西应理解成说明性的而不是限制性的。已经结合优选和替代的实施方式描述了本发明。在阅读和理解本文提供的发明的详细说明之后,修饰和改变对本领域技术人员会是显而易见的。本发明包含全部这样的修饰和改变,只要它们在本发明的范围内。还应理解下面的权利要求涉及用于覆盖本文所述的发明的全部上位的和下位的特征,以及本发明的范围的所有陈述,或者在语言上可称作落在本发明的范围之内。已经结合优选的实施方式对本发明进行了描述。这些和本发明的优选的实施方式和其他实施方式的其他修饰根据本文所公开的内容是显见的,从而前述描述的问题指示被解释为本发明的示例而不是限制。本发明包含全部这样的修饰和改变,只要它们在本发明的范围内。



图1



图2

CN 106460133 B    说 明 书 附 图    2/2 页



突出显示的原位形成的颗粒

图3



图4