IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TERVES, LLC, | ) | CIVIL ACTION |
| | ) | |
| PLAINTIFF, | ) | CASE NO. 1:19 CV 1611 |
| | ) | |
| V. | ) | |
| | ) | JUDGE DONALD C. NUGENT |
| YUEYANG AEROSPACE NEW MATERIALS CO. LTD., *ET AL.*, | ) ) | |
| | ) | INTERROGATORY ONE |
| DEFENDANTS. | ) | |

Please answer the following question "yes" or "no" according to your findings:

1. Did Terves, LLC prove, by a preponderance of the evidence, that Defendants' infringement of the '653 and/or the '740 Patent was willful?

_____ yes        \_\_✓\_\_ no

DATED: 4/27/22

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TERVES, LLC, | ) | CIVIL ACTION |
| | ) | |
| PLAINTIFF, | ) | CASE NO. 1:19 CV 1611 |
| | ) | |
| V. | ) | |
| | ) | JUDGE DONALD C. NUGENT |
| YUEYANG AEROSPACE NEW | ) | |
| MATERIALS CO. LTD., *ET AL.*, | ) | |
| | ) | INTERROGATORY 2 |
| DEFENDANTS. | ) | |

We the jury find, by a preponderance of the evidence, that Plaintiff has proven lost profit damages in the amount of $707,207.00 (Insert in ink an amount from $0 to whatever the evidence requires.)

DATED: 4.27.2022

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TERVES, LLC, | ) | CIVIL ACTION |
| | ) | |
| PLAINTIFF, | ) | CASE NO. 1:19 CV 1611 |
| | ) | |
| V. | ) | |
| | ) | JUDGE DONALD C. NUGENT |
| YUEYANG AEROSPACE NEW | ) | |
| MATERIALS CO. LTD., *ET AL.*, | ) | |
| | ) | INTERROGATORY 3 |
| DEFENDANTS. | ) | |

We the jury find, by a preponderance of the evidence, that Plaintiff has proven reasonable royalty damages in the amount of _____ (Insert in ink an amount from $0 to whatever the evidence requires.)

_____
Foreperson

_____

_____

_____

_____

_____

_____

_____

_____

DATED: _____