# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Terves LLC, | ) |
| | ) Case No. 1:19-cv-1611-DCN |
| Plaintiff, | ) |
| | ) Judge Donald C. Nugent |
| v. | ) |
| | ) |
| Yueyang Aerospace New Materials Co. Ltd. et al., | ) |
| | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF CERTIFICATION OF DEPOSIT
## INTO COURT'S ESCROW ACCOUNT

Defendants Ecometal, Inc. and Nick Yuan ("Defendants"), by and through their undersigned counsel, hereby certify that $901,844 has been deposited into the Court's escrow account pursuant to Local Rule 67 and in accordance with the Court's February 15, 2023 Order, which granted Defendants' Motion for Stay of Execution of Judgment (Dkt 239).

Dated: February 23, 2023                    Respectfully submitted,

*/s/ John Q. Lewis*
John Q. Lewis (OH 0067235)
Rachel N. Byrnes (OH 0097736)
NELSON MULLINS RILEY & SCARBOROUGH LLP
1111 Superior Avenue, Suite 530
Cleveland, OH 44114
Phone: 216-304-6153
John.Lewis@nelsonmullins.com
Rachel.Byrnes@nelsonmullins.com

Edward L. White (admitted *pro hac vice*)
LAW OFFICE OF EDWARD L. WHITE
829 East 33rd Street
Edmond, OK 73013
Phone: 405-810-8188
ed@edwhitelaw.com

Martin S. High (admitted *pro hac vice*)
LAW OFFICE OF MARTIN S. HIGH
PO Box 33190
Clemson, SC 29633-3190
Phone: 864-300-2444
marty@martyhigh.com

*Counsel for Defendants Ecometal Inc. and Nick Yuan*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

*/s/ John Q. Lewis*